# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN HOULE AND HARVEY REESE, and
T.H., by his next friend, ROSE HOULE,                    Case Numbers:        09-10504
A.R., by her next friend, TONJA PARKER,                                      09-10535

        Plaintiffs,

                                        HON. MARIANNE O. BATTANI

v.

BARBARA SAMPSON, chair of the
Michigan Parole Board, and the nine board
members: JAMES ATTERBERRY, MIGUEL
BERRIOS, CHARLES BROWN, PAUL
CONDINO, STEPHEN DEBOER, ARTINA
HARDMAN, ANTHONY KING, DAVID
KLEINHARDT, AND LAURIN THOMAS, in
their official capacities,

        Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AND ADJOURNING PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION

This matter is before the Court on Defendants' Motions to Dismiss (09-10504 doc. 25; 09-10535 doc. 21), and Plaintiffs' Motions for Preliminary Injunction (09-10504 doc. 9; 09-10535 doc. 8). For the reasons discussed on the record at a hearing held on June 3, 2009,

The Court **DENIES** both of Defendants' Motions to Dismiss.[1]

_____

[1] In a separate order issued on this date, the Court dismissed Plaintiffs Harvey Reese and A.R. from the case *sua sponte* because their claims were moot.

In addition, the Court **ADJOURNS** both of Plaintiffs' Motions for Preliminary Injunction. A hearing on these motions will be held on **Monday, August 17, 2009 at 2:30 p.m.**[2] The parties may perform discovery through August 7, 2009. Defendants may file an additional brief by August 3, 2009, and Plaintiffs may file an additional brief by August 12, 2009.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
Deputy Clerk

---

[2] The parties should note that this hearing has been moved from the original August 26, 2009, date.

2